```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    JENNIFER L. STENEBERG (State Bar No. 202985)
 2  THOMAS E. FRANKOVICH,
    A Professional Law Corporation
 3  2806 Van Ness Avenue
    San Francisco, CA 94109
 4  Telephone:   415/674-8600
    Facsimile:   415/674-9900
 5
    Attorneys for Plaintiffs PATRICK CONNALLY
 6  and DISABILITY RIGHTS ENFORCEMENT,
    EDUCATION SERVICES
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company <br><br> Defendants. | **CASE NO. C 07-2524 JCS** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|---|---|

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 22, 2007   THOMAS E. FRANKOVICH
                      *A PROFESSIONAL LAW CORPORATION*


                      By:  _____/s/ Jennifer L. Steneberg_____
                              Jennifer L. Steneberg
                      Attorneys for Plaintiffs PATRICK CONNALLY
                      and DISABILITY RIGHTS ENFORCEMENT,
                      EDUCATION SERVICES