1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5  Attorneys for Plaintiffs
   PATRICK CONNALLY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company<br><br>Defendants. | **CASE NO. C07-2524-JCS**<br><br>**RETURN OF SERVICE RE DEFENDANT** NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company |

RETURN OF SERVICE RE DEFENDANT NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E FRANKOVICH, Bar #074414<br>THOMAS E FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415 674-8600   FAX No: 415 674-9900 | | |
| Attorney for Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court.
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: NORTH MENDOCINO INVESTMENT COMPANY LLC

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 2524 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; LETTER; COMPLAINT, CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO, NOTICE OF CASE TO A U S MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A U.S MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; SCHEDULING ORDER, ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company
   b. Person served: LAWRENCE SIMMONS, AGENT FOR SERVICE

4. Address where the party was served: 100 STONY POINT ROAD, STE.180
   SANTA ROSA, CA 95401

5. I served the party.
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri , Jun. 29, 2007 (2) at: 10:26AM

7. Person Who Served Papers:
   a. ALENE RUMMEL
   
   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   Recoverable Cost Per CCP 1033 5(a)(4)(B)
   d  The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  P-371
      (iii) County  Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Thu, Jul. 12, 2007

*Alene Rummel*
(ALENE RUMMEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

6359205.thofr-tf 7552)

**CERTIFICATE OR PROOF OF SERVICE**

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

PROOF OF SERVICE SUMMONS AND COMPLAINT

on the interested parties in this action, conveyed as follows:

☒  by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒  in first class U.S. Mail
  ☐  in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐  by transmitting via facsimile to the fax number(s) set forth below.

☐  by causing personal delivery by Western Messenger Service.

☐  by personal hand-delivery.

addressed to:

North Mendocino Invest Company, LLC
Lawrence Simmons, Agent
100 Stony Point Road, Ste. 180
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on July 19, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)