1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 PATRICK CONNALLY, an individual; and )   **CASE NO. C 07-2524 JCS**
   DISABILITY RIGHTS, ENFORCEMENT,    )
12 EDUCATION, SERVICES:HELPING YOU)       **STIPULATION AND [PROPOSED]**
   HELP OTHERS, a California public benefit )  **ORDER EXTENDING TIME FOR**
13 corporation,                        )      **DEFENDANT NORTH MENDOCINO**
                                       )      **INVESTMENT COMPANY LLC**
14        Plaintiffs,                  )      **TO RESPOND TO COMPLAINT**
                                       )
15 v.                                  )
                                       )
16 NORTH MENDOCINO INVESTMENT          )
   COMPANY LLC, a limited liability    )
17 company                             )
                                       )
18        Defendants.                  )
   _____)
19
         The parties, through their undersigned counsel, stipulate as follows:
20
         1.    Defendant NORTH MENDOCINO INVESTMENT COMPANY LLC, is granted
21
   an extension of time to and including September 21, 2007, to answer or otherwise respond to
22
   plaintiffs' complaint.
23
         2.    In the event defendant files a motion in lieu of an answer to plaintiffs'
24
   complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the
25
   filing of said motion.
26
   ///
27
   ///
28

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

Dated: August 29, 2007                THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*


                                      By:    /s/
                                          Jennifer L. Steneberg
                                      Attorneys for Plaintiffs PATRICK CONNALLY
                                      and DISABILITY RIGHTS ENFORCEMENT,
                                      EDUCATION SERVICES

Dated: August 28, 2007                CLEMENT, FITZPATRICK & KENWORTHY


                                      By:    /s/
                                          Jeffrey S. Lyons
                                      Attorneys for Defendant NORTN MEDDOCINO
                                      INVESTMENT COMPANY, LLC.

## **O R D E R**

IT IS SO ORDERED.

Dated: _____, 2007


                                      _____
                                      HON. JOSEPH C. SPERO
                                      United States District Court Judge