1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
6  Attorneys for Plaintiffs PATRICK CONNALLY
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company <br><br> Defendants. | **CASE NO. C 07-2524 JCS** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT NORTH MENDOCINO INVESTMENT COMPANY LLC TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, stipulate as follows:

1.  Defendant NORTH MENDOCINO INVESTMENT COMPANY LLC, is granted an extension of time to and including September 21, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.  In the event defendant files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

///

///

1   This Stipulation may be executed in faxed counterparts, all of which together shall
2   constitute one original document.
3   IT IS SO STIPULATED.

5   Dated: August 29, 2007        THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*

                                  By: ___/s/_____
                                      Jennifer L. Steneberg
                                  Attorneys for Plaintiffs PATRICK CONNALLY
                                  and DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES

    Dated: August 28, 2007        CLEMENT, FITZPATRICK & KENWORTHY

                                  By: ___/s/_____
                                      Jeffrey S. Lyons
                                  Attorneys for Defendant NORTN MEDDOCINO
                                  INVESTMENT COMPANY, LLC.

**O R D E R**

IT IS SO ORDERED.

Dated: __Aug. 30_____, 2007

                                  _____
                                  HON. JOSEPH C. SPERO
                                  United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]