CLAYTON E. CLEMENT State Bar No. 42751
CLEMENT, FITZPATRICK & KENWORTHY PC
3333 Mendocino Avenue, Suite 200
Santa Rosa, California 95403-2261
Telephone: (707) 523-1181   FAX: (707) 546-1360
E-Mail: cclement@cfk.com

Attorneys for Defendant
North Mendocino Investment Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH MENDOCINO INVESTMENT COMPANY LLC; a limited liability company,<br><br>Defendants.<br>_____/ | CASE NO.:   C 07-02524 JCS<br><br>Civil Rights<br><br><br><br>**ANSWER TO COMPLAINT** |

Comes now North Mendocino Investment Company LLC, a limited liability company and answer plaintiffs Patrick Connally, an individual; and Disability Rights, Enforcement, Education, Services: Helping You Help Others complaint as follows:

1. In answering paragraph 1 of the complaint, defendant admits it owns the premises located at 3333 Mendocino Avenue. To the extent that paragraph 1 of the complaint calls for a legal conclusion, no response is required. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in that paragraph, and on that basis, deny the remainder of the allegations contained therein.

2. In answering paragraph 2 of the complaint, it calls for a legal conclusion to which no response is required. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, such remaining allegations are denied.

3. In answering paragraph 3 of the complaint, the cited statutes speak for themselves. To the extent that it calls for a legal conclusion, no answer is required.

4. In answering paragraph 4 of the complaint, the cited statutes speak for themselves. To the extent that it calls for a legal conclusion, no answer is required.

5. In answering paragraph 5 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein. The cited statutes speak for themselves.

6. In answering paragraph 6 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

7. In answering paragraph 7 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

8. In answering paragraph 8 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein, except defendant admits that it owns and operates the premises located at 3333 Mendocino Avenue, Santa Rosa, California.

9. In answering paragraph 9 of the complaint, it calls for a legal conclusion to which no response is required, and defendant therefore denies each and every allegation contained therein, except for the cited statutes, which speak for themselves.

10. In answering paragraph 10 of the complaint, the cited statutes speak for themselves. The remainder of the paragraph calls for a legal conclusion to which no response is required, and defendant denies each and every allegation contained therein.

11. In answering paragraph 11 of the complaint, this answering defendant admits that 3333 Mendocino Avenue is a commercial building, located at or near 3333 Mendocino Avenue, Santa Rosa, California. The cited regulation speaks for itself. To the extent that this paragraph calls

for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, deny each and every remaining allegation contained therein.

12. In answering paragraph 12 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

13. In answering paragraph 13 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein.

14. In answering paragraph 14 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

15. In answering paragraph 15 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

16. In answering paragraph 16 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein.

17. In answering paragraph 17 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

18. In answering paragraph 18 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

19. In answering paragraph 19 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or

information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein.

20. In answering paragraph 20 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein.

21. In answering paragraph 21 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, except for the cited statutes, which speak for themselves.

22. In answering paragraph 22 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

23. In answering paragraph 23 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

24. In answering paragraph 24 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

25. In answering paragraph 25 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

/ / / / /

/ / / / /

26. In answering paragraph 26 of the complaint, it calls for a legal conclusion to which no response is required, and this answering defendant therefore denies each and every allegation contained therein.

27. In answering paragraph 27 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein, except for the cited statutes, which speak for themselves, and except defendant admits that plaintiffs' complaint seeks injunctive relief.

28. In answering paragraph 28 of the complaint, it calls for a legal conclusion to which no response is required, and this answering defendant therefore denies each and every allegation contained therein.

29. In answering paragraph 29 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein, except for the cited statutes, which speak for themselves, and except that defendant admits that plaintiffs' complaint seeks a court order in this action.

30. In answering paragraph 30 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, except for the cited statutes, which speak for themselves.

31. In answering paragraph 31 of the complaint, this defendant admits that North Mendocino Investment Company is a limited liability company. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, save for the cited statutes, which speak for themselves.

/ / / / /

32. In answering paragraph 32 of the complaint, to the extent that it calls for a legal conclusion, no response is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, except the cited statutes, which speak for themselves, and except defendant admits that North Mendocino Investment Company, a limited liability company, owns other commercial buildings and businesses.

33. In answering paragraph 33 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

34. In answering paragraph 34 of the complaint, this answering defendant repeats and realleges each of their responses to paragraphs 1 through 33, as though fully set forth herein.

35. In answering paragraph 35 of the complaint, this answering defendant responds that the cited statute speaks for itself.

36. In answering paragraph 36 of the complaint, this answering defendant responds that the cited statute speaks for itself.

37. In answering paragraph 37 of the complaint, this answering defendant responds that the cited statute speaks for itself.

38. In answering paragraph 38 of the complaint, this answering defendant responds that the cited statute speaks for itself.

39. In answering paragraph 39 of the complaint, this answering defendant responds that the cited statutes speaks for themselves. To the extent that said paragraph calls for a legal conclusion, no answer is required. As to the remainder of the allegations, denied.

40. In answering paragraph 40 of the complaint, to the extent that it calls for a legal conclusion, no answer is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, save for the cited statutes, which speak for themselves.

/ / / / /

41. In answering paragraph 41 of the complaint, this answering defendant responds that the cited statutes speaks for themselves. To the extent that said paragraph calls for a legal conclusion, no answer is required. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, save for the cited statutes, which speak for themselves.

42. In answering paragraph 42 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

43. In answering paragraph 43 of the complaint, this answering defendant responds that the cited statutes speaks for themselves. To the extent that said paragraph calls for a legal conclusion, no answer is required. As to the remainder of the allegations, denied.

44. In answering paragraph 44 of the complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein, save for the cited statutes, which speak for themselves. To the extent that said paragraph calls for a legal conclusion, no answer is required.

45. In answering paragraph 45 of the complaint, this answering defendant responds that the complaint speaks for itself, and the statutes cited speak for themselves..

46. In answering paragraph 46 of the complaint, this answering defendant repeats and realleges each of their responses to paragraphs 1 through 45 as though fully set forth herein.

47. In answering paragraph 47 of the complaint, this answering defendant responds that the cited statute speaks for itself.

48. In answering paragraph 48 of the complaint, this answering defendant responds that the cited statute speaks for itself.

49. In answering paragraph 49 of the complaint, this answering defendant responds that the cited statute speaks for itself.

/ / / / /

50. In answering paragraph 50 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

51. In answering paragraph 51 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

52. In answering paragraph 52 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

53. In answering paragraph 53 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

54. In answering paragraph 54 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

55. In answering paragraph 55 of the complaint, this answering defendant repeats and realleges each of their responses to paragraphs 1 through 54 as though fully set forth herein.

/ / / / /

56. In answering paragraph 56 of the complaint, this answering defendant responds that the cited statute speaks for itself.

57. In answering paragraph 57 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

58. In answering paragraph 58 of the complaint, the cited statutes and regulations speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required.  As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, deny each and every remaining allegation contained therein.

59. In answering paragraph 59 of the complaint, the cited statutes and regulations speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

60. In answering paragraph 60 of the complaint, to the extent that it calls for a legal conclusion, no response is required.  This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein.

61. In answering paragraph 61 of the complaint, the cited statutes speak for themselves. This answering defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, denies each and every remaining allegation contained therein, except defendant admits that plaintiffs' complaint seeks recovery of attorneys' fees.

/ / / / /

/ / / / /

62. In answering paragraph 62 of the complaint, this answering defendant denies each and every allegation contained therein, except defendant admits that plaintiffs' complaint seeks injunctive relief.

63. In answering paragraph 63, this answering defendant repeats and realleges each of their responses to paragraphs 1 through 62 as though fully set forth herein.

64. In answering paragraph 64 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

65. In answering paragraph 65 of the complaint, the cited statutes speak for themselves. The remainder of the paragraph calls for a legal conclusion to which no response is required, and defendant denies each and every allegation contained therein.

66. In answering paragraph 66 of the complaint, the cited statutes speak for themselves. To the extent that said paragraph calls for a legal conclusion, no response is required. This answering defendant repeats and realleges each of their responses to plaintiffs' allegations relating to violations of the Americans with Disabilities Act at §34, *et seq*. As to the remaining allegations in said paragraph, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis, denies each and every remaining allegation contained therein.

67. In answering paragraph 67 of the complaint, the cited statutes speak for themselves. The remainder of the paragraph calls for a legal conclusion to which no response is required, and defendant denies each and every allegation contained therein.

68. In answering this complaint, this answering defendant responds to plaintiffs' prayer for relief, and denies that plaintiffs have been injured or damaged in any manner set forth therein, or an any other manner, whatsoever, and deny that plaintiffs are entitled to the elements of relief, damages, and remedies requested therein.

/ / / / /

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' claims and requested relief are barred because plaintiff Disability Rights, Enforcement, Education, Services: Helping You Help Others lacks standing to bring the above claims.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs have demanded modifications to defendant's facilities which are either not readily achievable, not required, technically infeasible, would create an undue hardship on defendant, would fundamentally alter the way that defendant provides goods and services to the public, or create a direct threat to the health and safety of the plaintiffs or others.

**THIRD AFFIRMATIVE DEFENSE**

At all times herein relevant, defendant has made a good faith effort to comply with all requirements of the ADA, the Unruh Civil Rights Act, Health and Safety Code §19955, *et seq.*, and all other applicable statutes and laws; and defendant has reasonable grounds for believing their actions were in compliance with all applicable statutes.

**FOURTH AFFIRMATIVE DEFENSE**

The alterations to and removal of architectural barriers from the subject premises sought by plaintiffs are not readily achievable.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs lack standing to assert ADA claims with respect to any public establishment plaintiffs failed to visit and suffer discrimination at prior to the filing of the initial complaint. Plaintiffs lack standing with respect to any barriers that not encountered and that do not affect plaintiffs.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' complaint fails to state sufficient facts upon which relief could be granted.

**SEVENTH AFFIRMATIVE DEFENSE**

Any alleged failure by defendant to alter, repair, or modify the premises in question does not give rise to a claim by plaintiffs under the Unruh Act, since the Unruh Act specifically exempts such conduct from the scope of the Act.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from any recovery against defendant in that plaintiffs failed to satisfy a preliminary notice, demand or claim requirement prior to commencement of suit.

**WHEREFORE,** this answering defendant prays for judgment as follows:

1. That plaintiffs take nothing by their complaint;
2. For attorneys' fees incurred herein;
3. For costs of suit incurred herein;
4. For such other and further relief as the court may consider proper.

DATED: September 20, 2007          CLEMENT, FITZPATRICK & KENWORTHY


By:  S/CLAYTON E. CLEMENT
     Attorneys for Defendant
     NORTH MENDOCINO INVESTMENT
     COMPANY LLC; a limited liability company