1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  PATRICK CONNALLY, an individual; and  )   **CASE NO. C 07-2524 JCS**
    DISABILITY RIGHTS, ENFORCEMENT,       )
    EDUCATION, SERVICES:HELPING YOU       )   **NOTICE OF NEED FOR MEDIATION**
12  HELP OTHERS, a California public benefit )
    corporation,                          )   **(ADA Access Cases)**
13                                        )
           Plaintiffs,                    )
14                                        )
    v.                                    )
15                                        )
    NORTH MENDOCINO INVESTMENT            )
16  COMPANY LLC, a limited liability      )
    company                               )
17                                        )
           Defendants.                    )
18  _____ )

19      Plaintiffs report that the parties have jointly inspected the subject premises and have

20  conferred regarding settlement of plaintiffs' injunctive relief claims.  Unfortunately, however,

21  the parties have not reached an agreement.  In accordance with General Order No. 56, the

22  matter should be set for mediation.

23  Dated: September 25, 2007             THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*
24

25                                        By:___/s/_____
                                             Jennifer L. Steneberg
26                                        Attorneys for PATRICK CONNALLY and
                                          DISABILITY RIGHTS ENFORCEMENT,
27                                        EDUCATION SERVICES

28

NOTICE OF NEED FOR MEDIATION                                                                    1