UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, ET AL.,     No. C 07-02524 JCS

       Plaintiff(s),

       v.     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

NORTH MENDOCINO INVESTMENT,

       Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 10/11/07

Signature

Counsel for North Mendocino Investment
(Name or party or indicate "pro se")

2