1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company<br><br>　　　Defendants. | **CASE NO. C 07-2524 JCS**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4   This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: January 7, 2008                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*

10                                      By:    /s/
                                               Jennifer L. Steneberg
                                        Attorneys for Plaintiffs PATRICK CONNALLY
11                                      and DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES

13 Dated: January 2, 2008                CLEMENT, FITZPATRICK & KENWORTHY

15                                      By:    /s/
                                               Jeffrey S. Lyons
                                        Attorneys for Defendant NORTN MEDDOCINO
16                                      INVESTMENT COMPANY, LLC.

## **O R D E R**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2008

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge