THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company<br><br>　　　　Defendants. | CASE NO. C 07-2524 JCS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON　　　　1

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: January 7, 2008        THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

10                               By:    /s/
                                 Jennifer L. Steneberg
                                 Attorneys for Plaintiffs PATRICK CONNALLY
11                               and DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES

12  Dated: January 2, 2008        CLEMENT, FITZPATRICK & KENWORTHY

15                               By:    /s/
                                 Jeffrey S. Lyons
                                 Attorneys for Defendant NORTN MEDDOCINO
16                               INVESTMENT COMPANY, LLC.

## **O R D E R**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __January 8__, 2008

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge